IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:17-CR-153 |
| | § | |
| ALVARO ROMERO et al | § | |

## ORDER

The Court, having considered the government's Motion to Dismiss Certain Property from the Indictment, is of the opinion that the motion is with good cause and should be GRANTED;

It is ORDERED that the following property is dismissed from the indictment and no longer subject to judicial forfeiture in the above captioned case:

    a.) 2011 Silver Ford F-350 Crew Cab XLT, TX License Plate KMW9018, VIN: 1FT8W3DT0BED01865;
    b.) 2016 White Chevrolet Tahoe, TX License Plate HDV2737, VIN: 1GNSCBKCXGR137124;
    c.) 2012 Silver Toyota Highlander, TX License Plate JFB5329, VIN: 5TDZA3EH7CS022714;
    d.) 2015 Black Audi A5 Coupe, TX License Plate GK95DN, VIN: WAUMFAFR5FA035094; and
    e.) Government Pistol CAL: 45, SN: SS44088

**SIGNED** this the 29 day of **June, 2018.**

_____
Thad Heartfield
United States District Judge