# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CASE NO. 17-CR-153-01 |
| | § | |
| ALVARO ROMERO | § | |

## UNOPPOSED MOTION TO ADOPT CO-DEFENDANT'S MOTION

Defendant Alvaro Romero, moves this Honorable Court to enter an order allowing him to adopt co-defendant's motion. In support thereof, defendant respectfully shows the following:

### I.

On August 10, 2018, co-defendant Worrell filed a Motion to Suppress Wiretap Evidence in this case (Dkt. 172). Defendant wishes to adopt this motion.

### II.

Counsel has conferred with Assistant United States Attorney Chris Rapp and he is **unopposed to this motion.**

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that the court issue an order allowing him to adopt co-defendant Worrell's Motion to Suppress Wiretap Evidence in this case (Dkt. 172).

Respectfully submitted,

By:    /s/ Gerardo S. Montalvo
      **GERARDO S. MONTALVO**
      State Bar of Texas No. 24039066
      **The Montalvo Law Firm, PLLC**
      Park Central Plaza
      1111 North Loop West, Ste. 820
      Houston, Texas 77008
      (713) 526-5002 Telephone
      (713) 526-5018 Facsimile
      **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

By my signature below, I do hereby certify that I conferred with Assistant United States Attorney Chris Rapp and he advised he is **unopposed to this motion**.

      /s/ Gerardo S. Montalvo
    **GERARDO S. MONTALVO**

## CERTIFICATE OF SERVICE

By my signature below, I do hereby certify that a true and correct copy of the above and foregoing instrument was served on all known filing users by electronic mail via ECF/NEF and via U.S. First Class Mail and/or hand delivery to all other counsel of record on this the 20th day of August, 2018.

      /s/ Gerardo S. Montalvo
    **GERARDO S. MONTALVO**