IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | No. 1:17-CR-153 |
| | § | |
| ALVARO ROMERO (1) | § | |
| ARTURO ELIZONDO (2) | § | |
| JOSE RUBIO-VILLEGAS (6) | § | |
| INES RUBIO-VILLEGAS (7) | § | |
| ALEXANDER ALONSO- | § | |
| MASCORRO (8) | § | |
| SIDNEY WORRELL (10) | § | |

**CERTIFICATE OF CONFERENCE TO
GOVERNMENT'S MOTION TO ADMIT TEXT MESSAGES
AND COOPERATING WITNESS TESTIMONY**

On April 24, 2019, I contacted the defense counsels and they are opposed to this

motion.

>  */s/ Christopher T. Rapp*
>  CHRISTOPHER T. RAPP
>  Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this motion was provided to defense counsels on

April 24, 2019, via electronic transmission.

>  */s/ Christopher T. Rapp*
>  CHRISTOPHER T. RAPP
>  Assistant United States Attorney

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY


*/s/ Christopher T. Rapp*
CHRISTOPHER T. RAPP
Assistant U. S. Attorney
Arizona Bar No. 025704
350 Magnolia, Suite 150
Beaumont, Texas  77701
(409) 839-2538
(409) 839-2550 (fax)
christopher.t.rapp@usdoj.gov