FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 29 2019

BY
DEPUTY_____

To Judge Heartfield  1:17cr153

My name is Alvaro Romero #27629078. I am writting this letter to you in regards to the facts of my situation. I have been incarcerated for 14 months. I have been trying to talk to my lawyer in regard to out come of the decision on our case from the higher court but have had no success. My lawyer name is Gerardo Montalvo. I have not been given a chance to look or hear the audio or video pertaining to my case. I am now with my second lawyer and I would greatly appreciate it if you will contact my lawyer or anything that you may be able to do to help regarding these matters. I am not writting to remove my lawyer. I just want the best representation from him. Thank You for your help and, time and assisstance

Sincerely,
Alvaro Romero
God Bless

Alvaro Romero #296 29078 2-C-64
LaSalle Corrections
Jefferson County Jail
1001 Pearl Street
Beamont TX 77701

To Judge Heurtfield
300 Willow St Suite 106
Beamont, TX 77701

Correspondence