

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 1:17-CR-153-TH-1 2, 6-8, 10 |
| ALVARO ROMERO | § § | |

# REFERRAL OF PRETRIAL MOTION TO MAGISTRATE JUDGE

The Court hereby **REFERS** the *Government's Motion to Admit Text Messages and Cooperating Witness Testimony* [Clerk's Docket No. 289] to United States Magistrate Judge Zack Hawthorn for determination or recommendation. *See* 28 U.S.C. § 636(b)(1)(A)-(C); LOCAL COURT RULE CR-59.

The Court **DIRECTS** counsel to review Section 636 and LOCAL COURT RULE CR-59 regarding the assignment of duties to United States magistrate judges.

**SO ORDERED**.

**SIGNED** this the **9** day of **May, 2019.**

_____
Thad Heartfield
United States District Judge